| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6644061 | DATE 09/23/2025 |
|---|---|---|---|---|
| **NAME** HASLAM, SR., Dorian Jamar | | **OFFICER** DeAndre M. Caldwell | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 20-CR-20320-01 |

| ORIGINAL SENTENCE DATE 11/04/2021 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 21 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/21/2024 | | | | |
| EXPIRATION 08/20/2027 | | | | |
| **ASST. U.S. ATTORNEY** Diane N. Princ | | **DEFENSE ATTORNEY** To Be Determined | | |
| **REPORT PURPOSE** **TO ISSUE A SUMMONS** | | | | |
| **ORIGINAL OFFENSE** Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 36 months, to be followed by a 3-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Robert H. Cleland. Case reassigned to the Honorable Stephen J. Murphy, III on 07/31/2023, pursuant to Administrative Order 23-AO-035.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation of release; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must take all mental health medications that are prescribed by your treating physician.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 6644061 | **DATE** 09/23/2025 |
|---|---|---|---|---|
| **NAME** HASLAM, SR., Dorian Jamar | | **OFFICER** DeAndre M. Caldwell | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 20-CR-20320-01 |

Criminal Monetary Penalty:  Special Assessment $100.00 (paid); Fine $1,000.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

On September 1, 2025, HASLAM, Sr. was arrested by officers from the Detroit Police Department in Detroit, Michigan for Burglary and Assault.  Per the report from the Detroit Police Department in Detroit, Michigan, it is alleged that HASLAM, Sr. forced his way into the home of B.W., the mother of his brother, Timothy Haslam's six-year-old daughter. The report states that HASLAM, Sr., Timothy Haslam, Wildonte Deamues, and Darryl Murff Jr. entered B.W.'s home without permission and failed to leave when demanded by B.W. An altercation ensued and Timothy Haslam allegedly produced a handgun and threatened to kill B.W. before placing the gun back into his waistband. HASLAM allegedly punched B.W. in the face and when B.W.'s 16-year-old daughter E.W. tried to intervene. E.W. was punched in the face by HASLAM, Sr. The four men left the residence shortly after in a black Ford F-150 pickup truck. Detroit Police arrested the four men near the scene and transported them to the Detroit Detention Center in Detroit, Michigan. HASLAM, Sr. was released on September 3, 2025, and there has been no charges filed with the 36th District court at the time of this report.

On September 3, 2025, this officer spoke with B.W. regarding the allegations against HASLAM, Sr. and she reported that she and her daughter E.W. were punched in the face by HASLAM.

On September 4, 2025, this officer spoke with the Wayne County Prosecutors Office who stated the case is under review and charges may be brought against HASLAM.

| 2 | **Violation of Standard Condition No. 8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSON OF THE PROBATION OFFICER." |

On September 1, 2025, HASLAM, Sr., was arrested by officers from the Detroit Police Department in Detroit, Michigan. Per the police report obtained by the U.S. Probation Department, HASLAM, Sr. was in the company of his brother Timothy Haslam, Wildonte Deamues, and Darryl Murff Jr. during the alleged offense which led to his arrest. Timothy Haslam is a convicted felon with prior offenses related to assaulting/resisting/obstructing police as well as fleeing and eluding. Darryl Murff Jr. is currently on felony probation with Michigan Department of Corrections (MDOC) for domestic violence. Wildonte Deamues was discharged

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 6644061 | DATE 09/23/2025 |
|---|---|---|---|---|
| NAME HASLAM, SR., Dorian Jamar | OFFICER DeAndre M. Caldwell | | JUDGE Stephen J. Murphy, III | DOCKET # 20-CR-20320-01 |

on May 5, 2025, from felony probation with Michigan Department of Corrections (MDOC) for a fraud related conviction. HASLAM did not have prior approval to from this officer to be in the company of the above-mentioned individuals.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/DeAndre M. Caldwell/djl/slg 313-234-5441 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[  ]    Other

                              s/Stephen J. Murphy, III
                              Chief United States District Judge

                              September 23, 2025
                              Date